AO 245A (Rev. 7/87) Judgment of Acquittal

# United States District Court

DISTRICT OF     NEW JERSEY

UNITED STATES OF AMERICA

v.

DERRICK MENTER

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 11-159-1

The Defendant was found not guilty on count 2 of the superseding indictment on July 13, 2011.

_____
Signature of Judicial Officer

HARVEY BARTLE III, United States District Judge
Name and Title of Judicial Officer

July 15, 2011
Date